IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHI TRAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:23-CV-410 |
| ASBURY AUTOMOTIVE GROUP, INC., ) | |
| CROWN CHH L.L.C., ASBURY ) | |
| AUTOMOTIVE NORTH CAROLINA ) | |
| DEALERSHIP HOLDINGS, L.L.C., RP ) | |
| CGR SP HON, LLC, CGR SP HON, LLC, ) | |
| COUGAR HON HOLDCO, LLC, ) | |
| RANELLA CONSULTING, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF REMOVAL

Defendants Asbury Automotive Group, Inc., Crown CHH LLC, Asbury Automotive North Carolina Dealership Holdings, LLC, RP CGR SP HON, LLC, Cougar Hon Holdco, LLC, and Ranella Consulting, Inc. ("Defendants"), without waiving any defenses, hereby gives Notice of Removal of the above-captioned action to the United States District Court for the Middle District of North Carolina, from the Superior Court Division, in the General Court of Justice, Durham County, State of North Carolina (Case No. 23 CVS 2212) pursuant to 28 U.S.C. §§ 1331 and 1441.

1. The above-captioned action was filed on April 18, 2023 in the Superior Court Division, in the General Court of Justice, Durham County, State of North Carolina under the name *Chi Tran v. Asbury Automotive Group, Inc, Crown CHH L.L.C., Asbury Automotive North Carolina Dealership Holdings, L.L.C., RP CGR SP HON, LLC, CGR SP HON, LLC, Cougar HON Holdco, LLC, Ranella Consulting, Inc.*, Case No. 23 CVS 2212.

2. This Court has original jurisdiction over the subject matter of this action pursuant

to 28 U.S.C. § 1331 because Plaintiff Chi Tran's ("Plaintiff") first, second, third and fourth causes of action arise under federal law. This Court has supplemental jurisdiction by reason of 28 U.S.C. § 1367 in that Plaintiff's state law claim arises out of the same facts and events giving rise to Plaintiff's federal claims.

3. Specifically, Plaintiff has asserted violations of the Civil Rights Act of 1866, 42 U.S.C. § 1981, and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2. Plaintiff has also alleged wrongful discharge in violation of North Carolina public policy, N.C. Gen. Stat. § 143-422.2.

4. Defendant hereby reserves the right to amend or supplement this Notice of Removal.

5. The state court from which this action was removed is within the Court's District and Division, and, therefore, venue is appropriate in this Division. Defendants preserve the ability to transfer this matter, upon information and belief, if the matter has been improperly initiated in the wrong county.

6. A copy of all process and pleadings served upon Defendant Asbury Automotive Group, Inc. are filed with this notice (see **Exhibit A**).

7. A copy of the Notice of Removal attached as **Exhibit B** will be filed with the Clerk of Court for Durham County, North Carolina, promptly after the notice is filed with this Court as required by 28 U.S.C. §1446(d).

8. By copy of this Notice of Removal and in accordance with the attached Certificate of Service, Defendants are providing notice to Plaintiff in this action and advising him of this filing pursuant to 28 U.S.C. § 1446(d).

9. Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants' Corporate Disclosure Statements are being filed contemporaneously with this notice.

WHEREFORE, Defendants hereby give notice that the above-referenced action pending in the General Court of Justice, Superior Court Division of Durham County, North Carolina has been removed to this Court.

Dated this 17th day of May 2023.

Respectfully submitted,

*/s/ J. Michael Honeycutt*
NC State Bar No. 33437
227 West Trade Street, Suite 2020
Charlotte, North Carolina 28202
Telephone: (704) 334-4565
Facsimile: (704) 334-9774
E-mail: jhoneycutt@fisherphillips.com
*COUNSEL FOR DEFENDANTS*

| | |
|---|---|
| CHI TRAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   Civil Action No.: 1:23-CV-410 |
| ASBURY AUTOMOTIVE GROUP, INC., | ) |
| CROWN CHH L.L.C., ASBURY | ) |
| AUTOMOTIVE NORTH CAROLINA | ) |
| DEALERSHIP HOLDINGS, L.L.C., RP | ) |
| CGR SP HON, LLC, CGR SP HON, LLC, | ) |
| COUGAR HON HOLDCO, LLC, | ) |
| RANELLA CONSULTING, INC. | ) |
| | ) |
|     Defendant. | ) |
| | ) |

## **CERTIFICATE OF SERVICE**

    I hereby certified that on May 17, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court Middle District of North Carolina using the CM/ECF system. I hereby certify that I have mailed a copy of this Notice of Removal to the following:

Michael A. Kornbluth
Joseph E. Hjelt
KORNBLUTH GINSBERG LAW GROUP P.A.
3400 Croasdaile Drive, Suite 300
Durham, NC 27705

*Attorneys for Plaintiff*

                                          Respectfully submitted,

                                          */s/ J. Michael Honeycutt*
                                          FISHER & PHILLIPS LLP